UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Members of the Beede
Site Group</u>

    v.                     Civil No. 09-cv-370-JL

<u>Federal Home Loan
Mortgage Corporation</u>

**ORDER OF RECUSAL**

Because this case is related to a consent decree arising from litigation in which the United States was a party that occurred while the court held the position of First Assistant United States Attorney for the District of New Hampshire, I hereby recuse myself from presiding over this case.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  November 6, 2009

cc:  Curtis Alan Connors, Esq.