**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Beede Site Group Members, et al</u>

    v.                                                Civil No. 09-cv-370

<u>Federal Home Loan Mortgage
Corporation, et al</u>

**ORDER OF RECUSAL**

I hereby recuse myself from presiding in this case. The case shall be assigned to another judge.

    SO ORDERED.                         /s/ James R. Muirhead
                                          James R. Muirhead
                                          United States Magistrate Judge

Date: November 6, 2009

cc:    Curtis Alan Connors, Esq.