**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>**Beede Site Group Members, et al.**</u>

    v.                                                            Civil No. 09-cv-370

<u>**Federal Home Loan Mortgage
Corporation, et al.**</u>

<u>**ORDER OF RECUSAL**</u>

I hereby recuse myself from presiding in this case. The case shall be assigned to another judge.

SO ORDERED.

                                           <u>/s/Paul Barbadoro</u>
                                           Paul Barbadoro
                                           United States District Judge

November 6, 2009

cc:  Curtis Alan Connors, Esq.