UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Beede Site Group Members, et al.

     v.                                    Civil No. 09-cv-370

Federal Home Loan
Mortgage Corporation, et al.

## ORDER OF RECUSAL

By statute, a financial interest in a party, however slight (i.e., even one share), results in disqualification.  As I have a financial interest in ExxonMobil Corporation, recusal is mandatory.  See, 28 U.S.C. § 455(b)(4).


**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

November 9, 2009

cc:  Curtis A. Connors, Esq.