UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Beede Site Group Members, et al.</u>

    v.                       Civil No. 09-cv-370

<u>Federal Home Loan Mortgage
Corporation, et al.</u>


O R D E R

The undersigned recuses himself from presiding over this case.  The case shall be assigned to another judge.

SO ORDERED.

                                      Joseph A. DiClerico, Jr.
                                      United States District Judge

Date:  November 9, 2009

cc:  Curtis Alan Connors, Esquire