UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Beede Site Group Members</u>

v.  Civil Action No. 09-cv-370-WES

<u>Federal Home Loan Mortgage Corporation, et al</u>

## <u>ORDER STRIKING DOCUMENTS IN ACCORDANCE WITH LOCAL RULE 5.2 AND TO RETAIN COUNSEL</u>

**DOCUMENTS/FILER:**   Document No. [47], ANSWER to [41] Amended Complaint filed by David M. Phelan, President of Colonial Service Shell, Inc. (Kingston, MA)

Document No. [48], ANSWER to [41] Amended Complaint filed by David Phelan, President of Colonial Service Shell, Inc. (Pembroke, MA)

**DATE FILED:**   February 24, 2010

The documents above fails to comply with:

**LR 83.6(c):**   Corporation or unincorporated association may not appear in any action or proceeding <u>pro</u> <u>se.</u>

It is herewith ordered that the documents be stricken from the court's docket and returned herewith to the submitting party.

Accordingly, the defendant is responsible to retain counsel to represent them in this matter. Within thirty (30) days of the date of this order, counsel is required to file either an answer to the document no. [41] Amended Complaint dated February 3, 2010 or a motion under Rule 12 of the Federal Rules of Civil Procedure and Disclosure Statement in accordance with Local Rule 7.5 and Fed. R. Civ. P. 7.1.

-1-

If you do not retain counsel and/or counsel fails to file a timely answer on your behalf, judgment by default will be entered against you for the relief demanded in the complaint.

SO ORDERED.

Date: <u>March 9, 2010</u>

                                       <u>/s/ Lincoln D. Almond</u>
                                       Lincoln D. Almond
                                       United States Magistrate Judge

cc:    Counsel of Record
       David M. Phelan, President, Colonial Service Shell, Inc.
          (Kingston, MA & Pembroke, MA)