UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Beede Site Group Members

        v.                       Civil Action No. 09-cv-370-WES

Federal Home Loan Mortgage Corporation, et al

## ORDER STRIKING DOCUMENTS IN ACCORDANCE WITH LOCAL RULE 5.2 AND TO RETAIN COUNSEL

**DOCUMENTS/FILER:**   [69] ANSWER to [41] Amended Complaint filed by William T. Frizzell, II for World Auto Supply, Inc.

**DATE FILED:**   March 3, 2010

The documents above fails to comply with:

**LR 83.6(c):**   Corporation or unincorporated association may not appear in any action or proceeding pro se.

It is herewith ordered that the documents be stricken from the court's docket and returned herewith to the submitting party.

Accordingly, the defendant is responsible to retain counsel to represent them in this matter.  Within thirty (30) days of the date of this order, counsel is required to file either an answer to the document no. [41] Amended Complaint dated February 3, 2010 or a motion under Rule 12 of the Federal Rules of Civil Procedure and Disclosure Statement in accordance with Local Rule 7.5 and Fed. R. Civ. P. 7.1.

-1-

If you do not retain counsel and/or counsel fails to file a timely answer on your behalf, judgment by default will be entered against you for the relief demanded in the complaint.

SO ORDERED.

Date:  March 9, 2010

/s/ Lincoln D. Almond
Lincoln D. Almond
United States Magistrate Judge

cc: Counsel of Record
William T. Frizell, Owner of World Auto Supply, Inc.