UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Beede Site Group Members</u>

     v.               Civil Action No. 09-cv-370-WES

<u>Federal Home Loan Mortgage Corporation, et al</u>

### ORDER STRIKING DOCUMENT IN ACCORDANCE WITH LOCAL RULE 5.2 AND TO RETAIN COUNSEL

**DOCUMENTS/FILER:**  [224] ANSWER to[ 41] Amended Complaint
            filed by Manny Hajj, Former President, Henry's Ignition and
            Carburetor Service, Inc.

**DATE FILED:**     March 25, 2010

  The documents above fails to comply with:

    **LR 83.6(c):**  Corporation or unincorporated association may not appear in any action or proceeding <u>pro</u> <u>se</u>.

  It is herewith ordered that the document be stricken from the court's docket and returned herewith to the submitting party.

  Accordingly, the defendant is responsible to retain counsel to represent it in this matter. Within thirty (30) days of the date of this order, counsel is required to file either an answer to document no. [41] Amended Complaint dated February 3, 2010 or a motion under Rule 12 of the Federal Rules of Civil Procedure and Disclosure Statement in accordance with Local Rule 7.5 and Fed. R. Civ. P. 7.1.

If you do not retain counsel and/or counsel fails to file a timely motion or answer with a disclosure statement on your behalf, judgment by default will be entered against you for the relief demanded in the complaint.

SO ORDERED.

Date: March 26, 2010

/s/ Lincoln D. Almond
Lincoln D. Almond
United States Magistrate Judge

cc: Counsel of Record
Manny Hajj, Former President, Henry's Ignition and Carburetor Service, Inc.