UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Beede Site Group Members

v.                                                                Civil Action No. 09-cv-370-WES

Federal Home Loan Mortgage Corporation, et al

### ORDER STRIKING PORTION OF DOCUMENT AS IT PERTAINS TO TONY RUFO'S INC. ONLY IN ACCORDANCE WITH LOCAL RULE 5.2 AND TO RETAIN COUNSEL

**DOCUMENTS/FILER:**     [291] ANSWER to [41} Amended Complaint with jury demand filed by Anthony Rufo d/b/a Tony's Spring Hill Shell and Tony Rufo's Inc.

**DATE FILED:**     April 12, 2010

The documents above fails to comply with:

> **LR 83.6(c):**     Corporation or unincorporated association may not appear in any action or proceeding pro se.

It is herewith ordered that the portion of the document as it pertains to Tony Rufo's Inc. only be stricken from the court's docket.

Accordingly, the defendant, Tony Rufo's Inc., is responsible to retain counsel to represent it in this matter. Within thirty (30) days of the date of this order, counsel is required to file either an answer to document no. [41] Amended Complaint dated February 3, 2010 or a motion under Rule 12 of the Federal Rules of Civil Procedure and Disclosure Statement in accordance with Local Rule 7.5 and Fed. R. Civ. P. 7.1.

If Tony Rufo's Inc. does not retain counsel and/or counsel fails to file a timely a motion or answer with a disclosure statement on its behalf, judgment by default will be entered against Tony Rufo's Inc. for the relief demanded in the complaint.

SO ORDERED.

Date: 4/14/10

Lincoln D. Almond
United States Magistrate Judge

cc:   Counsel of Record
      Anthony Rufo, President of Tony Rufo's Inc.