UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Beede Site Group Members</u>

               v.                             NH Civil No. 1:09-cv-370-WES

<u>Federal Home Loan Mortgage Corporation, et al</u>

<u>ORDER STRIKING DOCUMENT AS IT PERTAINS
TO COUNTERCLAIM AGAINST NON-PARTY
BEEDE WASTE OIL CORPORATION ONLY</u>

DOCUMENT/FILER:   #416,   ANSWER to [41] Amended Complaint with jury demand and COUNTERCLAIM against Beede Waste Oil Corporation filed by Stephen P. Lovely, Esq. on behalf of Peter Abate d/b/a Ryal Side Auto Center.

DATE FILED:        7/15/10

      This document references a counterclaim by Peter Abate d/b/a Ryal Side Auto Center against Beede Waste Oil Corporation who is not a party to this case.

      It is herewith ordered that the above-referenced document as it pertains to the counterclaim against non-party Beede Waste Oil Corporation <u>only</u> be stricken.  Document [416] will remain on the court's docket as it pertains to Peter Abate d/b/a Ryal Side Auto Center's Answer to [41] Amended Complaint with jury demand.

      SO ORDERED.

July 21, 2010

                                       <u>/s/ Lincoln Almond</u>
                                       Lincoln  Almond
                                       United States Magistrate Judge

cc:       Counsel of Record