UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Beede Site Group Members</u>

             v.                    NH Civil No. 09-cv-370-WES

<u>Federal Home Loan Mortgage, et al</u>

ORDER OF ENTRY OF DEFAULT AS TO

WORLD AUTO SUPPLY, INC.

The above-named party having failed to comply with doc. no. [111] Order Striking Document in Accordance with Local Rule 5.2 and to Retain Counsel by U.S. Magistrate Judge Lincoln D. Almond dated March 9, 2010, and having failed to respond within the time and in the manner provided by Fed. R. Civ. P. 12, default is herewith entered as to World Auto Supply, Inc. in accordance with Local Rule 55.1.

A damages hearing will be scheduled upon adjudication of all the remaining claims or parties.

                                                  By the Court,

August 16, 2010                       <u>/s/ Lincoln D. Almond</u>
                                          Lincoln D. Almond
                                          United States Magistrate Judge

cc:     All Counsel of Record
         World Auto Supply, Inc. c/o William T. Frizzell, II