UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Beede Site Group Members</u>

          v.                                    NH Civil No. 09-cv-370-WES

<u>Federal Home Loan Mortgage Corporation,</u>
  <u>et al</u>

O R D E R

On July 12, 2010, Attorney Vincent C. Manzi, Jr. appeared and filed answers on behalf of defendants Fusco Service Station, Inc. and Charles Daher's Commonwealth Motors, Inc. in the above-referenced case.

Attorney Vincent C. Manzi, Jr. is not a member of this district's bar. Local Rule 83.2(b) requires that an attorney who is not a member of this district's bar may be permitted to practice before this court, known as <u>pro hac</u> admission, only on motion by a member of our bar, otherwise referred to as local counsel, and that local counsel must at all times remain associated with the case. By Clerk's Order dated July 13, 2010, Attorney Manzi was notified of the requirements of LR 83.2(b) and given thirty (30) days to comply. The Order further made clear that the failure to comply with these requirements may result in the matter being referred to a judicial officer for appropriate action.

Attorney Manzi shall have fourteen (14) days from the date of this order to comply with the requirements of LR 83.2(b). Should Attorney Manzi fail to comply with LR 83.2(b) within this time frame, he shall be removed as counsel of record and prohibited from representing the defendants in the case without further order of the court.

Counsel and the corporate defendants should also note that pursuant to Local Rule 83.6(c), a corporation, unincorporated association or trust may not appear in any action or proceeding pro se.  Accordingly, should pro hac counsel fail to retain local counsel and be removed from the case, the corporate defendants will be responsible to retain new counsel and to assure counsel file appearances on their behalf or the court may enter a default against these corporate defendants.

    SO ORDERED.


September 8, 2010                      /s/ Lincoln D. Almond
                                            Lincoln D. Almond
                                            United States Magistrate


cc:    Counsel of Record
       Fusco Service Station, Inc.
       Charles Daher's Coomonwealth Motors, Inc.