UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Beede Site Group Members

    v.            NH Civil No. 09-cv-370-WES

Federal Home Loan Mortgage Corporation

ENTRY OF DEFAULT AS TO

FUSCO SERVICE STATION, INC.

  The above-named party having failed to comply with the Court's Order dated October 12, 2010 issued by Deputy Clerk Janice E. Boucher with regards to obtaining local counsel, default is herewith entered as to Fusco Service Station, Inc. for failure to comply with Local Rule 83.6(c).

  A damages hearing will be scheduled upon adjudication of all the remaining claims or parties.

                By the Court,


November 17, 2010        /s/ Lincoln D. Almond
                Lincoln D. Almond
                United States Magistrate Judge


cc: Fusco Service Station, Inc.
   All Counsel of Record