UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Beede Site Group Members

    v.          NH Civil No. 09-cv-370-WES

Federal Home Loan Mortgage Corporation, et al

O R D E R

  Robert J. Blackstock, <u>pro se</u> having failed to comply with the Court's Order on Nonconforming Document dated October 25, 2010, document no. [477] Motion to Amend [357] Answer to Amended Complaint filed by Robert J. Blackstock is herewith stricken from the court's docket and returned to the submitting party.

  SO ORDERED.

November 17, 2010       /s/ Lincoln D. Almond
               Lincoln D. Almond
               United States Magistrate Judge

cc: All Counsel of Record