```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

MEMBERS OF THE BEEDE SITE GROUP,

    Plaintiffs,

v.                                            C.A. No. 09-370 WES

FEDERAL HOME LOAN MORTGAGE CORP.,
    ET AL.,

    Defendants.

### PRELIMINARY CASE MANAGEMENT ORDER

William E. Smith, United States District Judge.

    Pursuant to Fed. R. Civ. P. Rule 16, this Court requests that all attorneys and unrepresented parties in the above-captioned matter attend a pretrial conference at the United States District Court in Providence, Rhode Island, on Tuesday, June 7, 2011, at 11:00 a.m.  Topics to be discussed at this conference will include but are not limited to the following:

- Identification of legal and factual issues to be adjudicated
- Status of related litigation
- Selection of lead counsel or committee for defendants
- Pro Se defendants
- Final deadline for answers and/or responsive motions
- Bifurcation
- Status of defaulted defendants
- Rule 26(f) Discovery plan: prediscovery disclosure; extent and scope of discovery; expert discovery
- Scheduling: preparation of scheduling order; timetable for

summary judgment motions; date and agenda for next conference

- Settlement process: status of settlement negotiations; identification of settlement methodology; ADR

It is so ordered.

*/s/ William E. Smith*
William E. Smith
United States District Judge
Date: May 2, 2011