UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Beede Site Group Members</u>

           v.                              NH Civil No. 09-cv-370-WES

<u>Federal Home Loan Mortgage Corporation, et al</u>

ENTRY OF DEFAULT AS TO
**<u>ALNASCO Co., Inc.</u>**

      The above-named party having failed to comply with the Court's Order dated April 6, 2011 issued by Deputy Clerk Janice E. Boucher with regards to obtaining new counsel, default is herewith entered as to ALNASCO Co., Inc. for failure to comply with Local Rule 83.6(c).

      A damages hearing will be scheduled upon adjudication of all the remaining claims or parties.

                                              By the Court,

Date:  May 5, 2011                          /s/ Lincoln D. Almond
                                            Lincoln D. Almond
                                            United States Magistrate Jduge

cc:    ALNASCO Co., Inc.
        All counsel of record