UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| MEMBERS OF THE | : | |
| BEEDE SITE GROUP | : | |
| | : | |
| v. | : | NH Civil Action No. 1:09-cv-370-WES |
| | : | |
| FEDERAL HOME LOAN | : | |
| MORTGAGE CORP., et al. | : | |

**ORDER REGARDING MEDIATION**

In accordance with paragraph 3 of the Interim Scheduling Order dated June 22, 2011, the parties are ordered to submit confidential settlement statements by July 13, 2011 which contain the following information:

A. Plaintiffs' counsel shall address the Group's general settlement position, proposed valuation methodology, suggestions on cost-effective, productive approaches to mediation in this case, and perceived obstacles to settlement. In addition, Plaintiffs' counsel shall generally prioritize the Defendants, individually or by group, as to who are the better candidates for early settlement. Plaintiffs' statement shall not exceed five (5) pages.

B. Defendants' counsel (or Defendants themselves if pro se) shall address their general settlement position, proposed valuation methodology, suggestions on cost-effective, productive approaches to mediation in this case and perceived obstacles to settlement. Defendants shall also disclose any history of past settlement discussions with the Group including the last, best offer/demand made by each side. Defendants' statements shall not exceed three (3) pages each.

These ex parte, confidential statements shall be submitted electronically to U.S. Magistrate Judge Lincoln Almond and ADR Administrator Berry Mitchell via Mr. Mitchell at

Berry_Mitchell@rid.uscourts.gov or fax to 401-752-7255.  The statements shall not be filed electronically with the Clerk's Office and shall not be served on opposing parties.  The statements will be kept confidential and reviewed only by Magistrate Judge Almond and ADR Administrator Mitchell for purposes of mediation, and they will not be disclosed to any other party or to the trial judge.  After reviewing these statements, Magistrate Judge Almond and ADR Administrator Mitchell will contact the parties in an effort to facilitate prompt mediation within the parameters of the Interim Scheduling Order.

SO ORDERED


  /s/   Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
June 29, 2011