UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Beede Site Group Members

        v.                                        NH Civil No. 1:09-cv-370-WES

Federal Home Loan Mortgage Corporation, et al

ORDER STRIKING DOCUMENTS

DOCUMENTS/FILERS:      #542, Initial Disclosure of Felix's Exxon, Inc., filed by Michael D. Parker, Esq. filed 7/6/11

#546, Initial Disclosure of Diana L.King filed by Judith S. Lambert, Esq. filed 7/7/11

#547, Initial Disclosure of Alliant Foodservice, Inc. filed by Elizabeth Leonard , Esq. filed 7/8/11

#548, Initial Disclosure of Town of Saugus filed by J. Mark Dickison, Esq. filed 7/8/11

#549, Initial Disclosure of Bernard Senter and BSS Realty Trust filed by J. Mark Dickison, Esq. filed 7/8/11

#550, Initial Disclosure of Donald B. Walton d/b/a Walton's Auto Lab filed by Thomas K. McCraw, Jr., Esq. filed 7/8/11

#551, Initial Disclosure of Torromeo Trucking Co., Inc. filed by Thea S. Valvanis, Esq. filed 7/11/11

#552, Initial Disclosure of Henry Masse d/b/a Hank's Garage filed by Matthew C. Donahue, Esq. filed 7/11/11

Pursuant to Fed. R. Civ. P. 5(d), disclosures under Rule 26(a)(1) or (2) and the following discovery requests and responses must not be filed with the court until they are used in the proceeding or the court orders filing:

- depositions
- interrogatories
- requests for documents or to permit entry upon land, and
- requests for admission.

It is herewith ordered that these initial disclosure documents be stricken and removed from the court's docket.

SO ORDERED.

July 12, 2011

/s/ Lincoln D. Almond
Lincoln D. Almond
United States Magistrate Judge

cc:   All counsel and pro se parties of record