UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

MEMBERS OF THE BEEDE SITE GROUP,

    Plaintiffs,

v.                                                C.A. No. 09-370 WES

FEDERAL HOME LOAN MORTGAGE CORP.,
    ET AL.,

    Defendants.

## REVISED INTERIM SCHEDULING ORDER

William E. Smith, United States District Judge.

At the request of the parties, the first phase of summary judgment motion practice will be postponed to coincide with the second phase. Consequently, a schedule for all summary judgment motions will be established by the Court at the next Pretrial/Case Management Conference, following the close of discovery. This conference is scheduled to take place on Tuesday, April 3, 2012, at 11:00 a.m. at the United States District Court in Providence, Rhode Island.

It is so ordered.

_/s/ WSmith_

William E. Smith
United States District Judge
Date: 7/27/11