UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Members of the Beede Site Group</u>

     v.                    NH Civil No.1:09-cv-370-WES

<u>Federal Home Loan Mortgage Corp., et al</u>

### **O R D E R**

The Court was advised on August 15, 2011 that Robert W. Peach d/b/a Burlington Texaco has filed for relief under the Bankruptcy Code - see document [597]. As a result, pursuant to 11 U.S.C. § 362, the case is automatically stayed as to the bankrupt party but shall otherwise proceed as to the remaining parties. On request of a party in interest, the bankruptcy court may grant relief from this stay.

It is ordered that the petitioner in bankruptcy shall file a status report on January 1 and July 1 of each year until the bankruptcy matter is finally resolved. The petitioner in bankruptcy shall also immediately notify this court when the bankruptcy matter is finally resolved. The failure to provide the required status or notification may result in the issuance of sanctions, which may include the imposition of fines or other monetary sanctions.

SO ORDERED.

                                          By the Court,

Date: October 18, 2011

                                          <u>/s/ Lincoln D. Almond</u>
                                          Lincoln D. Almond
                                          United States Magistrate Judge

cc:     All counsel of record