UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Beede Site Group Members

       v.                           NH Civil No. 1: 09-cv-370-WES

Federal Home Loan Mortgage Corporation, et al

ENTRY OF DEFAULT AS TO
**BURLINGTON TEXACO, INC.**

The above-named party having failed to comply with the [620] Court's Order dated October 3, 2011 issued by Deputy Clerk Janice E. Boucher with regards to obtaining new counsel, default is herewith entered as to Burlington Texaco, Inc. for failure to comply with Local Rule 83.6(c).

A damages hearing will be scheduled upon adjudication of all the remaining claims or parties.

                                              By the Court,

Date:  November 10, 2011                  /s/ Lincoln D. Almond
                                              Lincoln D. Almond
                                              United States Magistrate Judge

cc:     Burlington Texaco, Inc.
         All counsel of record