UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

BEEDE SITE GROUP

v.                                              Civil No. 09-cv-370-WES

CARGILL, INCORPORATED, et al.

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Lincoln D. Almond dated October 14, 2011.

SO ORDERED.

December 14, 2011

William E. Smith
United States District Judge
Sitting by Designation

cc:   Counsel of Record, et al