UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Beede Site Group Members

v.

NH  Civil No. 1:09-cv-370-WES

Federal Home Loan Mortgage Corporation, et al


ORDER STRIKING DOCUMENT

DOCUMENT/FILER: Doc. #657, Initial Disclosure of Defendant Frank DeLucia & Son, Inc. by Frank DeLucia & Son, Inc. filed by Michael Johnson, Esq. on February 3, 2012.

Pursuant to Fed. R. Civ. P. 5(d), disclosures under Rule 26(a)(1) or (2) and the following discovery requests and responses must not be filed with the court until they are used in the proceeding or the court orders filing:

>    depositions
>    interrogatories
>    requests for documents or to permit entry upon land, and
>    requests for admission

It is herewith ordered that this initial disclosure document be stricken and removed from the court's docket.

SO ORDERED.

Date: February 7, 2012

/s/ Lincoln D. Almond
Lincoln D. Almond
United States Magistrate Judge


cc: All counsel and pro se parties of record