UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

MEMBERS OF THE BEEDE SITE GROUP,

    Plaintiffs,

v.                                                   C.A. No. 09-370 S

FEDERAL HOME LOAN MORTGAGE CORP.,
ET AL.,

    Defendants.

In re: Plaintiffs' Fifth Motion to Dismiss Certain Defendants
    (ECF #646), Addendum to Fifth Motion (ECF #652), and Second
    Addendum to Fifth Motion (ECF #660).

## ORDER

Plaintiffs, Members of the Beede Site Group, seek the Court's approval to dismiss twenty-nine Defendants, pursuant to Fed. R. Civ. P. 41(a). Twenty-seven of these Defendants have entered appearances in the above-captioned lawsuit, but have since arrived at negotiated settlements with Plaintiffs. The remaining two defendants were defaulted by this Court, and since have been identified by the Plaintiffs as being subject to bankruptcy proceedings. Because there is no objection to Plaintiffs' Motion or Addenda and because the Court determines that the dismissal of the settling, or bankrupt, Defendants will impose no legal prejudice on the remaining Defendants, the Court hereby grants Plaintiffs' motion, along with the addendum. The Court's reasoning is set forth at greater length in an earlier

Memorandum and Order, entered on January 3, 2011.[1]  Consequently, the twenty-nine Defendants are dismissed from this lawsuit, according to the conditions requested by Plaintiffs, as set forth in Plaintiffs' motion and addenda.

    No judgment shall enter at this time.

It is so ordered.

*[signature]*

William E. Smith

United States District Judge

Date: February 14, 2012

---

[1] ECF docket number 485.