```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW HAMPSHIRE
```

MEMBERS OF THE BEEDE SITE GROUP,

    Plaintiffs,

    v.                        C.A. No. 09-370 WES

FEDERAL HOME LOAN MORTGAGE CORP.,
    et al.,

    Defendants.

### SECOND INTERIM SCHEDULING ORDER

William E. Smith, United States District Judge.

In response to Plaintiffs' Partially Assented-to Motion to Amend the Interim Scheduling Order, the Court held a telephone conference for all interested parties on February 29, 2012. At the conclusion of the conference, Plaintiffs' Motion was granted and a revised schedule was established as follows:

1. All discovery, including expert discovery, will close on August 3, 2012.

2. While discovery is ongoing, the parties will continue to work to mediate their differences. Magistrate Judge Lincoln Almond and Mr. Berry Mitchell of the Court's Office of Alternative Dispute Resolution are available for assistance in mediation and may be contacted through this Court.

3. All motions for summary judgment, or partial summary judgment, must be submitted to this Court no later than September 3, 2012.

4. Responses to summary judgment motions will be due October 3, 2012. Replies and sur-replies, if any, must be submitted in accordance with the Local Rules for the District of New Hampshire.

5. Trial on all remaining issues is tentatively scheduled for April 2013.

6. As previously agreed, Plaintiffs shall have until March 30, 2012, to amend their complaint.

7. The Case Management Conference scheduled for April 3, 2012, is cancelled. The next pre-trial conference will be scheduled by this Court as needed.

IT IS SO ORDERED.

*/s/ William E. Smith*
William E. Smith
United States District Judge
Date: March 2, 2012