UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| MEMBERS OF THE BEEDE SITE GROUP | : | |
| | : | |
| v. | : | C.A. No. 1:09-cv-370-WES |
| | : | |
| FEDERAL HOME LOAN MORTGAGE CORP., et al. | : | |

**MEMORANDUM AND ORDER**

On March 28, 2012, Plaintiffs, Members of the Beede Site Group, filed Motions to Compel directed at two pro se Defendants. (Documents No. 666 and 667). The Defendants are (1) Mr. Nicholas B. Landry d/b/a Landry's Automotive; and (2) Mr. Thomas A. Reid d/b/a Reid's Service Station a/k/a Reid's Exxon a/k/a Reid's Texaco. The Motions allege that neither pro se Defendant has made the initial disclosures required by Fed. R. Civ. P. 26(a) or responded to Interrogatories or Requests for Production of Documents served on or about October 11, 2011. Neither pro se Defendant has filed an opposition to these Motions, and the time for doing so has long since expired. See D.N.H. Local Rule 7.1(b). Since these Motions to Compel are unopposed and properly supported by Plaintiffs, they are GRANTED in part, and these pro se Defendants, Mr. Landry and Mr. Reid, are ORDERED to respond to Plaintiffs' First Set of Interrogatories and First Request for Production of Documents within fourteen (14) days. See D.N.H. Local Rule 37.1(b). Further, Plaintiffs' request for an award of fees and costs pursuant to Fed. R. Civ. P. 37(a)(5) is DENIED; however, if either of these pro se Defendants do not make a good faith attempt at producing the discovery requested by Plaintiffs as Ordered herein,

the Court will entertain a Motion by Plaintiffs to enter default against such pro se Defendant(s)

for noncompliance with a Court Order.

SO ORDERED


  /s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
June 4, 2012